In the Matter of the Claim of MURIEL L. LESLIE et al.,
Respondents, against THE LONG ISLAND RAILROAD
COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — railroads — machinist
injured while repairing engine in round house — not employed in
interstate commerce so as to preclude relief under Workmen's Com-
pensation Law.*

*Matter of Leslie* v. *Long Island R. R. Co.*, 222 App. Div. 702, affirmed.
(Argued March 27, 1928; decided April 10, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 12, 1927, affirming an award of the State Industrial
Board made under the Workmen's Compensation Law.
An employee of defendant, while engaged in his duties
as a machinist making repairs to a locomotive in defend-
ant's round house at Morris Park, received injuries from
which he subsequently died. The locomotive was
regularly assigned to the run from Jamaica to Greenport
in this State. Attached to the train was an express car
which on the day of the accident carried shipments from
outside this State. The defendant contended that
decedent was employed in interstate commerce and,
therefore, claimants' remedy was exclusively under the
Federal Employers' Liability Act.

*William J. O'Brien* and *Joseph F. Keany* for appellant.

*Albert Ottinger,* Attorney-General (*E. C. Aiken* and
*William W. Dimmick* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG and O'BRIEN, JJ. Not sitting: ANDREWS, J.